IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS MENDOZA MUNOZ,

    Plaintiff,

v.                                                                                                                    No. 21-cv-1192 KWR-KRS

FNU WALLSMITH, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Plaintiff's Prisoner Civil Rights Complaint (Doc. 1). To prosecute his case, Plaintiff must prepay the $402 civil fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month inmate account statement. *See* 28 U.S.C. § 1915(a). Plaintiff must cure the deficiency within thirty (30) days of entry of this Order. All filings should include the case number (No. 21-cv-1192 KWR-KRS). The failure to timely prepay the filing fee or file an *in forma pauperis* motion will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement reflecting transactions between **June 16, 2021 and December 16, 2021**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Plaintiff a blank *in forma pauperis* motion.

                                                                        */s/ Kevin Sweazea*
                                        UNITED STATES MAGISTRATE JUDGE