IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS MENDOZA MUNOZ,

    Plaintiff,

v.                                              No. 21-cv-1192 KWR-KRS

LUNA COUNTY DETENTION CENTER, *et al*,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* in connection with Luis Mendoza Munoz's *pro se* Prisoner Civil Complaint. The docket reflects a recent mailing to Munoz was returned as undeliverable (Doc. 5). It appears he severed contact without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6. Munoz must notify the Clerk of his current address within thirty (30) days of entry of this Order. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules….") (citations omitted). Failure to timely comply will result in dismissal of this action without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Munoz shall notify the Clerk's Office in writing of his current address or show cause why this case should not be dismissed.

_____
UNITED STATES MAGISTRATE JUDGE