IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS MENDOZA MUNOZ,

    Plaintiff,

v.                                                                     No. 21-cv-1192 KWR-KRS

FNU WALLSMITH, *et al*,

    Defendants.

**ORDER QUASHING ORDER TO SHOW CAUSE**

This matter comes before the Court on the Order to Show Cause entered May 20, 2022 (Doc. 6) (OSC). The Court entered the OSC after mail was returned as undeliverable. Thereafter, Plaintiff's address was updated in CM/ECF, and the mailing issue was resolved. The Court therefore finds that the OSC should be quashed.

**IT IS ORDERED** that the Order to Show Cause entered May 20, 2022 (**Doc. 6**) is **QUASHED**, and Plaintiff has no further obligation to update his address unless and until he moves.

_____
UNITED STATES MAGISTRATE JUDGE